```
                             United States Bankruptcy Court
                             Western District of Washington
In re:                                                             Case No. 20-40917-MJH
Chad Michael Burnett                                               Chapter 7
         Debtor
                                CERTIFICATE OF NOTICE
District/off: 0981-3           User: admin                 Page 1 of 1        Date Rcvd: Mar 30, 2020
                               Form ID: pdf341             Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
```
db              +Chad Michael Burnett,    5511 State Route 6,   Pe Ell, WA 98572-9714
956815005       +CITI CARDS,    P.O. Box 6167,    Sioux Falls, SD 57117-6167
956815006       +Equifax,    PO BOX 30272,    Tampa, FL 33630-3272
956815007       +Experian,    Profile Maintenance,    PO BOX 9558,    Allen, TX 75013-9558
956815009       +Janet Dougherty,    5300 44th Court SE,    Lacey, WA 98503-4340
956815010       +Jennifer Johnson,    106 W. Pine,    Centralia, WA 98531-4204
956815011       +The Home Depot,    PO Box 790393,    Saint Louis, MO 63179-0393
956815014       +USDA Rural Housing Service,    PO Box 790170,    Saint Louis, MO 63179-0170
956815015      ++WELLS FARGO,    P O BOX 9210,    DES MOINES IA 50306-9210
                (address filed with court: Wells Fargo,    Bankruptcy Department,    PO BOX 10438,
                  Des Moines, IA 50306)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
956815003       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 31 2020 04:20:53      Capital One,
                  Bankrupty Dept,    PO Box 30285,    Salt Lake City, UT 84130-0285
956815004       +E-mail/Text: bankruptcy.notifications@fisglobal.com Mar 31 2020 04:13:27      Chexsystems,
                  Attn: Customer Relations,    7805 Hudson Rd Ste 100,    Saint Paul, MN 55125-1703
956815008       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 31 2020 04:12:23      Internal Revenue Service,
                  PO BOX 7346,    Philadelphia, PA 19101-7346
956815012        E-mail/Text: DASPUBREC@transunion.com Mar 31 2020 04:11:36      Transunion,   555 West Adams St,
                  Chicago, IL 60611
956815013       +E-mail/Text: bkinfo@twinstarcu.com Mar 31 2020 04:12:36      Twinstar Credit Union,    PO Box 718,
                  Olympia, WA 98507-0700
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
```
              Kathryn A Ellis    kae@seanet.com, WA18@ecfcbis.com;cgw@seanet.com
              Susan H. Seelye   on behalf of Debtor Chad Michael Burnett stopdebt@gmail.com,
               ignbands@gmail.com;browner80299@notify.bestcase.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

# NOTICE FROM THE U.S. TRUSTEE'S OFFICE WITH INSTRUCTIONS AND INFORMATION FOR PARTICIPATING IN TELEPHONIC SECTION 341 CREDITORS' MEETINGS IN THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| For **Chapter 7** Debtors Residing In | Normal 341 Location | Presiding Trustees | Call In Information |
|---|---|---|---|
| Whatcom County, Skagit County, San Juan County | Bellingham | Virginia A. Burdette, Dennis Lee Burman | Conference Line: 1-888-396-5019, Participant Code: 6032931 |
| Clallam County, Jefferson County, Kitsap County | Bremerton | Michael P. Klein, John S. Peterson | Conference Line: 1-866-660-6472, Participant Code: 8196120 |
| Snohomish County, Island County | Everett | Virginia A. Burdette, Dennis Lee Burman, Michael P. Klein | Conference Line: 1-866-763-1542, Participant Code: 4624291 |
| King County | Seattle | Ronald G. Brown, Nancy L. James, Edmund J. Wood | Conference Line: 1-866-707-2446, Participant Code: 7204500 |
| Pierce, Grays Harbor, Thurston, Lewis and Mason Counties | Tacoma | Brian Lowell Budsberg, Terrence J. Donahue, Kathryn A. Ellis, Mark D. Waldron | Conference Line: 1-866-829-9875, Participant Code: 4230506 |
| Clark, Cowlitz, Pacific, Skamania and Wahkiakum Counties | Vancouver | Charles D. Carlson, Russell D. Garrett, Donald A. Thacker | Conference Line: 1-866-882-3107, Participant Code: 4674917 |
| ALL **Chapter 12** cases | | Virginia A. Burdette | Conference Line: 1-866-628-6911, Participant Code: 9032639 |
| ALL **Chapter 13** cases | | Jason Wilson-Aguilar, Michael G. Malaier | Conference Line: 1-866-880-5064, Participant Code: 6951575 |
| ALL **Chapter 11** Cases | | U.S. Trustee's Office | Conference Line: 1-866-741-6993, Participant Code: 7578142 |

Identification Procedures:

Debtors should provide copies of their photo identification and proof of Social Security number to the presiding trustee prior to the start of the section 341 meeting. Copies may be provided through debtor's counsel or directly to the presiding trustee if debtor is unrepresented. If such proof has not been provided, the examination of the debtor may go forward but the meeting will be ultimately continued until the trustee has received proof of identification.

Preparation for the Call:

- Use a stable telephone line to avoid interruptions and background noise.
- Each call will have multiple parties; after connecting to the call please place your phone on mute and wait until your case is called before speaking.
- When your case is called, please speak loudly into the phone as the meeting is being audio recorded by the trustee.
- Debtors should be prepared and have copies of documents on which they can reasonably expect to be examined (petition, schedules, statement of financial affairs, tax returns, Rule 4002 documents, etc.) or any documents the trustee has indicated in advance that debtors should have available for questioning.